# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

# CENTRAL DIVISION

| | |
|---|---|
| **PRINCIPAL LIFE INSURANCE CO.,** <br><br> Plaintiff, <br><br> v. <br><br> **KASRA SADR, as Trustee of the Alton Larsen Family Insurance Trust; and GABRIEL GIORDANO,** <br><br> Defendants. | **MEMORANDUM DECISION AND ORDER** <br><br> Case No. 2:11mc190 <br><br> **Chief District Judge Ted Stewart** <br><br> **Magistrate Judge Paul M. Warner** |

This matter was referred to Magistrate Judge Paul M. Warner by Chief District Judge Ted Stewart pursuant to 28 U.S.C. § 636(b)(1)(A).[1] Before the court is Principal Life Insurance Co.'s ("Principal") motion to compel production of documents.[2] This case is currently pending in the United States District Court for the Southern District of California, *Principal Life Insurance Co. v. Kasra Sadr, et al.*, No. 10-cv-0510 BTM.

Under rule 45 of the Federal Rules of Civil Procedure, Principal served Alton Larsen ("Mr. Larsen"), a nonparty in this matter, with two subpoenas issued out of this court, including a deposition subpoena duces tecum. *See* Fed. R. Civ. P. 45. Mr. Larsen failed to provide the requested information. On February 18, 2011, Plaintiff filed the instant motion to compel. Mr.

---

[1] *See* docket no. 3.

[2] *See* docket no. 1

Larsen was served with the instant motion on February 19, 2011.[3]  To date, no response or opposition to this motion has been filed, and the time for doing so has passed.  *See* DUCivR 7-1(b)(4)(B) ("A memorandum opposing any motion that is not a motion filed pursuant to Fed. R. Civ. P. 12(b), 12(c), and 56 must be filed within (14) days after service of the motion.").

Because Mr. Larsen has failed to respond to the motion, and for good cause appearing, said motion to compel is **GRANTED**.  *See* DUCivR 7-1(d) ("Failure to respond timely to a motion may result in the court's granting the motion without further notice.").  Mr. Larsen is ordered to produce all responsive documents requested by Principal by April 11, 2011, and complete his deposition a mutually convenient time before April 22, 2011.

**IT IS SO ORDERED.**

DATED this 5th day of April, 2011.

BY THE COURT:

_____
PAUL M. WARNER
United States Magistrate Judge

---

[3] *See* docket no. 5.